# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HECTOR HERNANDEZ<br><br>　　　　　　　　　　Defendant. | Case No. 16CR2899-AJB<br><br>JUDGMENT ~~OF DISMISSAL~~<br><br>**FILED**<br>JAN 06 2017<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_x_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

__ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Indictment/Information:

8:1326 - Removed Alien Found in the United States

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/6/2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　United States District Judge